UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re:                                      Case No. 19-41010-MBM

ADALBERTO ALBARRAN,             Chapter 13

        Debtor(s).                        Honorable Marci B. McIvor
_____/

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF NOTICES

TO:  Clerk of the Court                    John A. Steinberger
       US Bankruptcy Court               John A. Steinberger & Associates, P.C.
       211 W. Fort St.                        17515 W 9 Mile Rd
       Ste. 2100                            Suite 420
       Detroit, MI 48226                  Southfield, MI 48075

                                                  David Wm Ruskin
                                                  26555 Evergreen Rd. Ste 1100
                                                  Southfield, MI 48076

    PLEASE ENTER THE APPEARANCE of DANA NESSEL, Attorney General, and Katherine Kakish, Assistant Attorney General, as attorneys for the State of Michigan, Department of Treasury, in the above-entitled cause; this appearance is entered as required by FR Bankr P 9010(b) and does not constitute a general appearance.

    Pursuant to FR Bankr P 2002(g), the undersigned requests that copies of all notices required to be mailed to all creditors be served on the undersigned.

                                                    DANA NESSEL
                                                    Attorney General

                                                    */s/ Katherine Kakish*
                                                    Katherine Kakish (P63153)
                                                    Assistant Attorney General
                                                    Cadillac Place, Ste. 10-200
                                                    3030 W. Grand Blvd.
                                                    Detroit, MI 48202
                                                    Telephone: (313) 456-0140
                                                    E-Mail: KakishK@michigan.gov

Dated: July 16, 2019